UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER THAXTON,

    Plaintiff,

v.                                           Case No. 5:20cv3-TKW-EMT

JACKSON COUNTY CORRECTIONAL
FACILITY,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (R&R) (Doc. 7) and Plaintiff's motion to stay (Doc. 8). The motion to stay challenges the reasoning in the R&R and, therefore, will be treated as Plaintiff's objection to the R&R. *See* Fed. R. Civ. P. 72(b)(2).

Plaintiff argues that, contrary to the magistrate judge's decision, the *Younger* abstention doctrine does not apply here because he not challenging the underlying civil contempt order, but rather he is "contesting [Defendant's] right to ignore [his] Writ of Habeas Corpus." *See* Doc. 8 at 1. Plaintiff does not explain how Defendant ignored his habeas petition, and contrary to the assertion quoted above, both the original (Doc. 1) and amended (Doc. 5) petitions only challenge the legality of the underlying civil contempt order. That challenge must be pursued in the state court

system, not the federal courts. *See, e.g., Brown v. Coffin*, 766 F. App'x 929 (11th Cir. 2019); *Pompey v. Broward Cnty.*, 95 F.3d 1543 (11th Cir. 1996).

Accordingly, based on the Court's de novo review of the issues raised in the motion to stay, *see* Fed. R. Civ. P. 72(b)(3), it is

**ORDERED** that:

1. Plaintiff's motion to stay (Doc. 8) is treated as his objection to the R&R and the objection is overruled.

2. The R&R (Doc. 7) is adopted and incorporated by reference in this Order.

3. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 18th day of February, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**